**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO (SAN JUAN)**

Civil Action
No: **3:20-cv-01077-WGY**

**JOHNSON, ET AL**

**Plaintiff**

v.

**ROYAL CARIBBEAN CRUISES LTD, ET AL**

**Defendants**

# JUDGMENT

On October 15, 2021 the Plaintiffs filed a Notice of Voluntary Dismissal (Docket No. 20). Judgment is entered DISMISSING WITH PREJUDICE against all Defendants and without the imposition of costs and attorney fees.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

Boston, Massachusetts, December 7th, 2021.

/s/William G. Young
**United States District Judge**